_Dylan J. Maho_
Name

_1106 Truman St. SE_

_Albuquerque, NM 87108_
Address

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 0 7 2016

**MATTHEW J. DYKMAN**
CLERK

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

_Dylan Jay Maho_ , Plaintiff
(Full Name)

CASE NO. _16CV 796-KG/UAM_
(To be supplied by the Clerk)

v.

_Bernalillo County Metropolitan
Detention Center_ , Defendant(s)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

## A.    JURISDICTION

1)   _Dylan Jay Maho_ , is a citizen of _New Mexico_
      (Plaintiff)                                              ( State )
   who presently resides at _Bernalillo County Metropolitan Detention Center,_
      (Mailing address or place of confinement)
   _100 Deputy Dean Miera Dr SW, Albuquerque, NM. 87151_

2)   Defendant _Bernalillo County Metropolitan Detention Center_ is a citizen of
      (Name of first defendant)
   _Albuquerque, New Mexico_ , and is employed as
      (City, State)
   _the County Jail_ . At the time the claim(s)
      ( Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state law?
   Yes ☒    No ☐    If your answer is "Yes", briefly explain: _Several Bernalillo_
   _County Employees are imposing requirements onto inmates (including myself)_
   _outside of policy. BCMDC employees claim most of those requirements are in_
   _policy, but they are not in the 2014 inmate handbook which inmates are told_
   _to follow. BCMDC are violating due process of law protections._

XE-2    2/78      CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

American LegalNet, Inc.
www.USCourtForms.com

3) Defendant _____ is a citizen of

(Name of second defendant)

_____ , and is employed as

(City, State)

_____ . At the time the claim(s)

( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state.

Yes ☐    No ☐    If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B.  NATURE OF THE CASE

1)  Briefly state the background of your case.

I have been denied several times both my 5th and 14th Amendment rights of liberty to due process of law. Dent v. West Virginia, 129 U.S. 114, 123 "[T]he touchstone of due process is protection of the individual against arbitrary action of government." The actions conducted by persons representing the County of Bernalillo must be guided by one document so to be fair to an inmate such as myself that the jail staff are following the same rules as inmates. Palmigiano v. Baxter, 487 F.2d 1280, 1283 (CAI 1973) "[T]here is nothing more corrosive to the fabric of a public institution such as a prison than a feeling among those whom it contains that they are being treated unfairly."

I will show how Bernalillo County Metropolitan Detention Center (BCMDC) staff and it's contracted employees do not hold true to the 2014 Inmate Handbook (policy). It is important to note that all of the BCMDC staff refuse to provide me a copy of the 2014 Inmate Handbook, so I cannot include it now, but it should be public document available from county records. If I'm released from BCMDC custody before this complaint is accepted for further review I will submit that document. I will quote policy and show that BCMDC's staff preform several actions either against or outside of policy. Upon entry into BCMDC a metal detection scan and strip search are preformed outside of policy. Inmates are intitled to "proper" health care, which I did not recieve. BCMDC's food service are knowingly serving me cancer and not following policy. Several other prejudices were enforced.

American LegalNet, Inc.
www.USCourtForms.com

# C.  CAUSE OF ACTION

1)   I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)  Count I: BCMDC's food service, Aramark, refuses to stop serving me cancer three times a day, per a World Health Organization's (WHO) conclusion released October 2, 2015. They serve breakfast between 4 and 4:30 when the jails website stated inmates at 6:00am. I eat and go back to sleep which is not healthy. Meals are supposed to be delivered by correctional staff, but in fact they are delivered by inmate workers. Lastly, the drink container delivered to my inmate pod most times has too much ice, to the point several inmates cannot recieve any drink.

(2)  Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

Most of these mentioned issues were addressed in grievance 491404 on November 9, 2015 and Bill Blackmore replied November 12, 2015 and states the food has been approved by both Federal and State agencies. Then Mr Blackmore suggests to pay BCMDC's medical (all medical visits charge the inmate) to change diet and meal plan. He states that all other issues are not Aramark, they are the result of BCMDC's policy. I filed a tort because my issues were not going to be resolved therefore a violation of due process rights. Then Virginia Chavez replied and declared Aramark addressed issues so the request would be closed. When in fact none of my issues were addressed nor were they ever going to be.

Request 490246 on November 4, 2015 I wrote BCMDC food service the WHO announced that all processed Meats are carcinogens and that knowingly serving me cancer may result in a lawsuit. The reply was that their meats are meet standards. and Request 490638 on November 5, 2015 I told food service WHO on October 2, 2015 declared processed meats as Group 1 carcinogens and their reply was their food is healthy and they would continue to serve me.

B)(1)  Count II:

On November 3, 2015 I awoke in BCMDC with a red hurting left eye. I submitted a sick call and and seen Nurse Tony the next day. Tony claimed my eye was fine, but he'd let me see a doctor. Tony charged and gave me artifical tears on Nov. 6, 2015. My eye got worse so I submitted another sick call but was ignored until I confronted Nurse Tony in my pod on Nov. 18, 2015. I finally got to see a doctor who prescribed me antibiotics. My issue is that BCMDC medical misdiagnosed me and attempted to mask the symptoms instead of curing my problem.

(2)  Supporting Facts:

Under policy for BCMDC it states inmates have the right to "proper health care." I originally grievanced BCMDC medical on Nov. 12, 2015 because my eye was getting worse. The Director of Nursing Kenneth Wells replied that I'd seen a doctor Nov. 18, 2015 which I did. When I was given antibiotic eye drops no instructions were to me so I used too much. On a followup appointment on Nov. 24, 2015 I was given more eye drops because I have been using too much. First grievance on Nov. 12, 2015 No. 492337, next grievance on Dec. 9, 2015 No. 499282 and Kenneth Wells relied on Dec 21, 2015 and apologized that my eye issue was still unresolved, that they were looking into it and they weren't ignoring me, I told medical I filed a tort then Feb. 29, 2016 Virginia Chavez listed times I've seen BCMDC medical, then on March 17, 2016 she claims I never request services. That is NOT proper health care and today my eye is still not 100%.

American LegalNet, Inc.
www.USCourtForms.com

D) (4) Count IV : On Nov. 13, 2015 I had a calm rational discussion with my pods correction officer (P.O.) D. Chavez about uniforms. Policy states "uniforms are to be worn daily." On Nov. 14, 2015 I wore my uniform in the morning and wore my t-shirt afterward. I was written up and Sargent Cavis refused to hear my reasoning and without ANY due process sent me to solitary confinement for several days and took away my commissary and visiting "privliges" for three weeks. Palmigiano v. Baxter, 487 F. 2d. 1280, 1283 (CA1 1973) "[I]nmates 'liberty' is protected by due process whenever a "major change in the conditions of confinement " is imposed as punishment for misconduct." Per Wolff v. McDonnell, 418 U.S. 539 (S.Ct. 1974) "[p]risoners minimum requirements of procedural due process are... advance written notice of the claimed violation... no less than 24 hours... to prepare for the appearance before the Adjustment Committee." Minutes after my write up Sargent Cavis acted like Judge Dredd and would not hear my side, much less advance notice nor any type of Committee.

On Nov. 19, 2015 I grievanced BCMDC security No. 494293 and on Nov. 25, 2015 Michael Alvarado replied "daily" means "everyday" and on Nov. 27, 2015 I appealed agreeing daily means everyday but still to wear uniforms everyday by no means implies all day as BCMDC security keeps trying to argue. Then on Dec. 3, 2015 Donald Vigil closed my grievance by stating to get a copy of the policy op through IPRA. Again exhausting any remedy to address my issue. As seen in request copies I tried to bring this issue up other times, but they were closed without resolution.

E) (5) Count V : On March 4, 2015, January 4, 2016, and March 11, 2016 I was subjected to two procedures upon entry into BCMDC that are outside of policy. First was that I was required to go through a radiating metal detector, second being that two C.O.'s watched me get naked and forced me to show my anus as a cough. My grievance on Jan 5, 2016 No. 506182 Roy Hartman replies "All inmates and staff are screened upon entry to the facility, the amount of radiation... has been deemed safe..." Mr Hartman closed my grievance without denying those procedures are outside of policy, again no resolution to my issues, yet exhausting remedies to address my issues.

Later I re-grievance these issues on Jan. 15, 2016 No. 509169 mentioning the same two issues as before, but adding a response to Mr Hartman that any amount of radiation is cancer provoking. On Jan. 19, 2016 Mr Hartman lies by saying it is in policy, Jan 27, 2016 I say it is not. Jan. 27, 2016 Donald Vigil says since my issue is the metal detector, all staff go thru it and that it is safe, yet ignoring that it's outside of policy. On Feb 23, 2016 I appeal that the scanner was only one of two issues, Roy Hartman in my previous grievance stated all staff are screened upon entry" so I ask if all staff have 2 C.O.'s look at their anus as they cough. Feb 24, 2016 Mr Vigil closes my grievance stating my question has been addressed. March 14, 2016 I appeal and reaffirm only one of two of my issues were answered. Again, I bring up the unconstitutional strip search, Liner v. Goord, 196 F. 3d 132 (2nd Cir. 1999) "[I]ntrusive body searches qualify as physical injury." On March 17, 2016 Mr Vigil closed the grievance by stating BCMDC may be allowed to strip search.

The problem is if society lets several procedures unconstitutionally let happen, where will it end? Meachum v. Fano, 427 U.S. 215 (1976) "[a]uthorizes prison officials to act "for whatever reason or for no reason at all." Even as an inmate I still had rights, but as I've shown BCMDC's staff chooses regularly to violate those rights because most times they get away with them.

F)(6) Count VI : BCMDC security staff have been taking pleasure in waking inmates up promptly at 8:00am to make our beds since May of 2015. Later going over the policy again I noticed this procedure was not required of inmates. On October 23, 2015 I wrote a request to BCMDC security No. 486801 and asked why we inmates had to make our beds, what purpose does it serve? October 25, 2015 the reply was "it is in policy." A lie but the request was closed so on Oct. 27, 2015 request 487170 I asked the same question, and the same day security replied, "That is not your concern. Your concern is following policy." If that were try I wouldn't have to make my bed at 8:00am. On Nov. 3, 2015 request No. 490096 I wrote Not my concern? I wouldn't have to wake up at 8:00am if it weren't, what possible logic or reason is behind it, or is it an abuse of discretion, another example for a lawsuit? Finally on Nov. 9, 2015 security told the truth stating, "Inmate living areas must meet department standards of cleanliness at all times." BCMDC security this isn't a grievanceable issue, I don't mind making my bed, but in May 2016 they placed flyers with a picture showing how they want the bed made. This goes beyond rights, it's like BCMDC is now spiting on my dignity, like I'm a dog that their making jump thru hoops because they can.


G)(7) Count VII : The contracted company in which BCMDC uses for outgoing inmate calls is Securus, on May 29, 2015 at my hearing I was prevented from testifying because Securus released 130 hours of my private conversations to the District Attorney. On Nov. 16, 2015 i wrote Securus request 493024 "You violated my 5th Amendment right by recording all of my personal calls to my friends and family and giving them to the NM District Attorney against me." Securus' R. Allen wrote back 54 minutes later, "Take it up with the Court!" Wow, that's pretty much an admittance of guilt. Had I testified perhaps I'd been released, so by BCMDC's phone service violation of my 5th Amendment, they also violated my 14th Amendment of life, liberty, and property. Considering Securus' response I exhausted all my remedies about my issue, like most instances at BCMDC the response is that they just don't care.


In conclusion, BCMDC cannot assert qualified immunity because they know what they're doing, but over 99% of inmates do not pursue legal recourse mainly because they don't have the mental capacity.

C)(1) Count III:  On Nov. 12, 2015 I grievanced BCMDC's mail department (No. 492363) because the department was limiting my incoming mail to 4 pages outside of policy. Also my life partner George Hair ordered me a book because Lt. Mosley told me I could get one if soft cover and ordered from the publisher. I followed those guidelines, but the mail department sent it back to publisher/sender. Requests to BCMDC's mail dept told me on Apr. 8, Apr. 21, and Apr. 22, 2015 I was told no books are allowed and that they wouldn't place it in my property only ~~put it back to prop~~ send it back to sender. Lt Juan Muniz called me in my pod and stated I should have either gotten the book or had it placed in my property, neither was done.

(2) Supporting Facts:

Request 431381 on Apr 8, 2015 BCMDC replied No books allowed, Request 934932 on Apr 9, 21, 2015 again I was told No books allowed, and request 435167 on Apr 22, 2015 I said Lt Mosley said I could have a soft cover book from publisher and if I could have it placed in my property. Apr 27, 2015 BCMDC mail dept replied policy says no books, it'd be returned, cannot put it in my property. This book is a self help book about addiction. Request 446559 on June 02, 2015 BCMDC replied on June 3, 2015 "books are ok from the publisher, no hard cover." That book could have changed my life for the better, but was sent back to sender. Wolff v. McDonnell, 418 U.S. 539 (S.Ct. 1974) "[p]reserving the prisoner's First Amendment right to communicate with others through the mail." Policy states no limitations on inmate received mail, again BCMDC no due process of law.

D)  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐     No ☒     If your answer is "YES", describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) Torts were submitted to Bernalillo County Clerk. No reply from the Bernalillo County Clerk.

a)  Parties to previous lawsuit.

Plaintiffs:  Myself

Defendants:  Bernalillo County Metropolitan Detention Center Staff/Contractors

b)  Name of court and docket number:
Sent to: Maggie Toulouse Oliver, County Clerk
One Civic Plaza
Albuquerque, NM 87102

c)  Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?  I'm assuming the torts are still pending

d)  Issues raised:  Same issues raised in this complaint.

American LegalNet, Inc.
www.USCourtForms.com

e)   Approximate date of filing lawsuit:   _Late November and early December 2015._

f)   Approximate date of disposition:   _NA_

2)   I have previously sought informal or formal relief from the appropriate administrative  officials
     regarding the acts complained of in Part C.  Yes ☒    No ☐    If your answer is "Yes",
     briefly describe how relief was sought and the results.  If your answer is "No," briefly explain
     why administrative relief was not sought.

Several requests and eventually grievances were filed within BCMDC's electronic
system, but excuses and redirecting of issues resulted in no real procedurally accepted
addressing of any of my issues. BCMDC staff constantly abuse their descretion and authority
and when I bring issues up most staff tell me, "well you shouldn't come to jail." Wolff v.
McDonnell, 418 U.S. 539 (1974)·"[c]ourts cannot blithely defer to the supposed expertise of prison
officials when it comes to the constitutional rights of inmates." The New Mexico Court of Appeals
No. 34,939 concluded that I was wrongly incarcerated March 4, 2015 to December 23, 2015. I understand
most inmates are at BCMDC legitmately, but those like myself who were falsdy jailed should not have to
be looked down upon by BCMDC staff, nor be stripped of due process of law.

## E.   REQUEST FOR RELIEF

1)   I believe that I am entitled to the following relief:

I realize certain freedoms I've had before being incarcerated while fighting my alledged charges are
temporarily suspended, making what remaining rights I have very important. Yet, I was treated less
like a righted citizen and more like a third world prisoner. Although these terrible experiences will
be with me the rest of my life, I hope this complaint make BCMDC aware of what they're doing
and it's negitive impact it has on U.S. citizens. BCMDC must have a lot of extra money because many
Correctional Officers work manditory overtime, rather than BCMDC being adequatly staffed. $20,000
per issue, count 5 has two issues, totaling 8 issues for $160,000 is appropriate because the BCMDC's
wrongs can never be undone, but I'll use the money to better my family and I's future. I also
ask that BCMDC staff have constitution training and the rights inmates retain after incarceration.

_____            _____
Signature of Attorney (if any)              Signature of Petitioner

Attorney's full address and telephone
number.

XE-2    2/78                    - 5 -

American LegalNet, Inc.
www.USCourtForms.com

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. Sec. 1746.  18 U.S.C. Sec. 1621.

Executed at _the Metropolitan De Bernalillo County Metropolitan Detention Center_ on _July 4_ 20_16_.
                         (Location)                                    (Date)

_____
(Signature)

American LegalNet, Inc.
www.USCourtForms.com

# Request Report

Selection Criteria:

IsClosed: TRUEInmate Number: 100231447Stamp: 11/08/2015
7:41:28 AM to 01/16/2016 7:41:28 AMIs Hidden: TRUE

| Request Number: | 491404 | Status: CLOSED | Location: D UNIT POD 2 5 | . |
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J | |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 11/09/2015 03:57 pm | | ORIGINAL REQUEST: | ARAMARK FOOD SERVICE CONFIRMED IN 2 REQUEST THAT THEY ARE GOING TO CONTINUE SERVING ME PROCESSED MEATS EVEN AFTER EXPLAINING TO THEM THAT PROCESSED MEATS ARE CARCINOGENS AND THAT THEY ARE BASICALLY SERVING ME CANCER 3 TIMES A DAY. |
| 11/10/2015 09:01 am | | INMATE RESPONSE: | BREAKFAST IS SERVED VINDICTIVLLY EARLY AT 430AM, AND INMATES GO BACK TO SLEEP, WHICH IS NOT HEALTHY, WHILE THE JAILS WEBSITE FALSLY CLAIMS WE EAT AT 6AM. POLICY STATES MEALS ARE DELIVERED BY CORRECTIONAL STAFF, WHILE IS FALSE AGAIN BECAUSE IT IS DELIVERED BY INMATE WORKERS WHO AFTER FINDING OUT DELTA 2 IS A SEX OFFENDER UNIT THEY TEMPER WITH OUR MEALS, I WOULD RATHER NOT KNOW EXACTLY WHAT IS DONE BUT I HEARD A LOT OF DIFFERENT FINDINGS. ON 2 REQUESTS I ASKED FOOD SERVICE TO PLEASE NOT ADD SO MUCH ICE BECAUSE NOT ALL INMATES ARE ABLE TO GET JUICE BUT AS OF YESTERDAY 11/9/15 SOME INMATES STILL ARENT RECIEVING ANY. |
| 11/12/2015 11:01 am | PQUINTANA Quintana Phil | USER ASSIGNED CHANGED | FROM <UNASSIGNED> TO [BBLACKMORE] Blackmore, Bill |
| 11/12/2015 01:21 pm | BBLACKMORE Blackmore Bill | CLOSED: | All food products we serve are approved by both Federal and State agencies - All recipes and procedures follow those same guideline. If you feel you need a special diet or meal you need to communicate that to medical. Any policy or procedure issues you disagree with will need to be addressed with Bernalillo MDC Staff because Aramark does not create or set any policy or procedure standards, we mearly follow them. |
| 02/23/2016 11:00 am | | INMATE APPEAL: | I SUBMITTED A TORT CLAIM AGAINST BCMDC FOOD SERVICES IN DECEMBER FOR THE ISSUES I PRESENTED IN THIS GRIEVANCE. I HOPE WE CAN WORK OUT A SETTLEMENT RATHER THEN GO TO COURT FOR THESE ISSUES. |
| 02/23/2016 01:10 pm | PQUINTANA Quintana Phil | USER ASSIGNED CHANGED | FROM PQUINTANA TO Assign |
| 02/23/2016 01:29 pm | VCHAVEZ Chavez Virginia | CLOSED: | Good Afternoon Mr. Maho,  Im closing out this grievance because Aramark has addressed the issues. Virginia Chavez |

| Request Number: | 492337 | Status: CLOSED | Location: D UNIT POD 2 5 |
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|

| | | |
|---|---|---|
| 11/12/2015  11:24 am | ORIGINAL REQUEST: | ON 11/3/15 MY EYE WAS HURTING AND RED, SO I PUT IN A SICK CALL THAT NIGHT DURING MEDICATION DISTRIBUTION. ANTHONY PROMPTY SEEN ME THE NEXT DAY. AT FIRST HE WAS JUST DISCUSSING MY LAST GRIEVANCE ABOUT NOT GETTING CLARITON FOR 90 DAYS, I SAID MY CURRENT REQUEST WAS FOR MY EYE BUT THAT HE PROMISED TO START MY CLARITON BACK UP AS WELL. STILL OVER A WEEK LATER IT HAS NOT. I TOLD ANTHONY S. R/LOOKS LIKE N/ THAT THERE MAY BE SOMETHING IN MY EYE, I PIECE OF DIRT OR LINT OR SOMETHING, HE SHINED A LIGHT IN IT AND SAID THERE WAS NOTHING IN IT. HE SAID IF I WANTED TO GO TO MEDICAL TO HAVE SOMEONE LOOK IN MY EYE FURTHER THAT HE WOULD CHARGE ME 3 DOLLARS. I WAS OK WITH THAT SO I SIGNED HIS PAPER, AND MEDICAL HAS SINCE CHARGED ME. BUT ITS BEEN SINCE 11/4/15 AND ON 11/6/15 WHICH IS WHAT THE EYE DROP PAPER SAYS, IS WHEN HE DROPPED OFF ARTIFICIAL TEARS. THAT IS ONLY MASKING THE SYMPTOMS AND MY EYE STILL HURTS AND IS RED, I USE THE DROPS A DOZEN TIMES A DAY. ANTHONY WOULD NOT ADD TO MY RECEIPT THAT HE THINKS THERE IS NOTHING WRONG WITH MY EYE EXCEPT TEMPERARY IRRITATION AND HE REFUSED. ON MONDAY 11/9/15 ANTHONY WAS IN THE POD FOR OTHER INMATES AND I TOLD HIM MY EYE ISNT ANY BETTER, BUT HE STATED IT LOOKED BETTER. I AM IN MORE PAIN NOW AND CHC MEDICAL DID NOT PROVIDE ME PROPER HEALTH CARE, AND ANTHONY HAS LIED ABOUT 3 THINGS, 1. HE WOULD RESTART MY CLARITON, 2. THAT I WOULD GO TO MEDICAL FOR SOMEONE TO REALLY LOOK AT MY EYE, WHICH I PAID 3 DOLLARS FOR, AND 3. THAT MY EYE WAS QUOTE BETTER UNQUOTE ON 11/9/15. |
| 11/12/2015  11:42 am | INMATE RESPONSE: | IN THE POLICY UNDER RIGHTS IT STATES, THREE MEALS, FACILITIES FOR PERSONAL SANITATION, PROPER BEDDING AND CLOTHING, HEATING, VENTILATION, AND ACCESS TO EXCERSIZE. THE PROPPER BEDDING SHOULD INCLUDE A PILLOW BECAUSE MOST MORNINGS I WAKE UP WITH A STIFF NECK. HEATING IS IN THAT SAME LINE, BUT LT MOSLEY WHO HAS BEEN IN OUR POD SEVERAL TIMES WEARING A WINTER HAT SAID IT IS BECAUSE THE COLD HELPS KILLS GERMS AND THAT HIS OFFICE IS JUST AS COLD. MY NOSE RUNS A LOT BECAUSE ITS SO COLD SOMETIMES. WE ARE NOT ALLOWED TO WEAR HATS, AND THE ONLY THERMAL ITEMS WE ARE ALLOWED HAVE TO BE BOUGHT THROUGH COMISSARY, WHICH IS LIMITED TO THERMAL TOPS AND THERMAL BOTTOMS, BUT THOSE INMATES WITH NO MONEY CAN NOT OBTAIN EITHER. LAST THING IS WE ARE NOT PROVIDED WITH FLOSS, NEITHER FREE THROUGH BCMDC NOR THROUGH COMISSARY, ADA/AMERICAN DENTAL ASSOCIATION/ RECOMMENDS FLOSSING AT LEAST ONCE A DAY. THIS POLICY IS ALSO UNDER RIGHTS STATING PROPER HEALTH CARE /MEDICAL AND DENTAL. LT MOSLEY CHECKED ON OUR POD LAST NIGHT 11/11/15 WEARING A WINTER HAT. |
| 11/17/2015  01:50 pm   PQUINTANA   Quintana   Phil | USER ASSIGNED CHANGED | FROM <UNASSIGNED> TO [EKOSSMANN] KOSSMANN, EDUARD |

| 11/18/2015 11:47 am | EKOSSMANN KOSSMANN EDUARD | CLOSED: | Hello Mr. Maho, thank you for bringing these issues to my attention. The Sick Call Nurse Tony consulted with the Medical Doctor the morning of November 18, 2015 about your eye. I sat in on this consultation. The medical doctor ordered an antibiotic eye drop for your eye, and a medical evaluation follow up in the clinic on the next available appointment. As for the issue with the bedding and temperature; MDC has policies for bedding and blankets. The Commissary is available for inmates to purchase approved items to help with comfort needs. Floss is not an approved item as it could be used for self – harm. Extra blankets are available. Thank You, Kenneth Wells, RN – Director of Nursing. |

| Request Number: | 492363 | Status: CLOSED | Location: D UNIT POD 2 5 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 11/12/2015 12:01 pm | | ORIGINAL REQUEST: | MAIL DEPT HAS BEEN LIMITING MY MAIL TO 4 PAGES, POLICY CLEARLY STATES NO LIMITATIONS ARE SET ON THE VOLUME OF LAWFUL MAIL AN INMATE CAN SEND OR RECIEVE, EXCEPT WHERE THERE IS CLEAR AND CONVINCING EVIDENCE TO JUSTIFY LIMITATIONS FOR REASONS OF PUBLIC SAFTY,FACILITY ORDER, OR SECURITY. AFTER MY PV HEARING ON 4/7/15 I REALIZED I WOULD BE HERE LONG ENOUGH TO READ A BOOK, SO I ASKED LT MOSLEY HE SAID AS LONG AS ITS NOT HARD COVER AND SHIPPED FROM THE PUBLISHER. CHIP HAIR ORDERED ME A SELF HELP ADDICTION RECOVERY BOOK CALLED OUT OF THE SHADOWS, BUT THEN THROUGH SEVERAL REQUESTS 4/8, 4/21, AND 4/22 I WAS TOLD MY THE MAIL DEPT THAT NO BOOKS ARE ALLOWED AND IT WOULD BE SENT BACK TO THE SENDER. MY REQUEST FOR IT TO BE PLACED IN MY PROPERTY WAS EVEN DENIED. LATE AUGUST MY ATTORNEY/CLIENT MAIL WAS OPENED BY MAIL DEPT BECAUSE IT CAME TO THE POD OPENED AND TAPED. MY PHONE CONVERSTION WITH LT MUNIZ TODAY 11/12/15 HE STATEDTHE POLICY STATES I COULD HAVE EITHER RECIEVED THE BOOK, OR IT SHOULD HAVE BEEN ALLOWED TO BE PLACED IN MY PROPERTY. HE DOES NOT KNOW THE SPECIFICS BUT KNOWS SOMEONE IN THE MAIL DEPT VIOLATED MY RIGHTS. |
| 11/13/2015 07:29 pm | | INMATE RESPONSE: | I JUST WANT IT ON THE RECORD THAT THE JAIL DOES NOT DELIVER OUR MAIL EVERYDAY. SOMETIMES THEY SAY IT WAS NOT ABLE TO BE DELIVERED, OTHER TIMES THEY SAY WE DID NOT RECIEVE ANY, BUT WITH NEARLY 70 MEN SOMEONE ALWAYS GETS SOMETHING. THAT IS A FEDERAL OFFENSE TO HOLD OUR MAIL AND I AM WILLING TO PRESS CHARGES. |
| 11/17/2015 01:53 pm | PQUINTANA Quintana Phil | USER ASSIGNED CHANGED | FROM <UNASSIGNED> TO [JMUNIZ] Muniz, Juan |
| 11/18/2015 10:34 am | JMUNIZ Muniz Juan | CLOSED: | Issue resolve over the phone with inmate on 11/18/2015 1035hrs |

| Request Number: | 492650 | Status: CLOSED | Location: D UNIT POD 2 5 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|

11/13/2015  11:08 am

ORIGINAL REQUEST:

POLICY STATES UPON YOUR ARRIVAL AT BCMDC, YOU WILL BE BOOKED. ANSWERING QUESTIONS HONESTLY DURING THE BOOKING PROCESS WILL HELP US PROVIDE YOU WITH SERVICES AND PROGRAMS DURING YOUR INCARCERATION. THE BOOKING PROCESS INCUDLES MEDICAL SCREENING, SECURING YOU PROPERTY AND EXCESS CLOTHING, ID WRISTBAND, PHOTOGRAPH/MUGSHOT, FINGERPRINTS /IF REQIRED/, TELEPHONE CALLS, INTERVIEW BY PRETRIAL SERVICES, AND VIEWING THE INMATE VIDEO. I NEVER WATCHED A VIDEO, SO THAT IS FALSE INFORMATION. I WAS REQUIRED TO WALK THROUGH A SCANNER FOR DRUGS I WAS TOLD. RADIATION I RECIEVED AND THE CONSTITUTIONALITY ARE ISSUES, BUT THIS IS BECAUSE IT IS NOT IN THE POLICY. AFTER I WAS RADIATED FOR HIDDEN DRUGS 2 OFFICERS TOOK ME INTO A SHOWER STALL MADE ME UNDRESS, TURN AROUND SO MY BACK WAS TO THEM, THEN I WAS TOLD TO BEND OVER AND COUGH. I REMEMBER THIS VIOLATION BECAUSE I HAD TO COUGH TWICE. NEITHER OF THESE REQUIREMENTS ARE IN THE POLICY, UNDER RIGHTS IN THE POLICY IS TO QUOTE BE TREATED RESPECTFULLY UNQUOTE, PRESUMABLY THAT INCLUDES MY BODY. I WAS IN FOX POD ON 23 HOUR LOCKDOWN, WITH NOTHING TO READ. THAT IS CRUEL AND UNUSUAL. I WAS MOVED TO SEGREGATION 8 WHERE THE 23 HOUR LOCKDOWNS CONTINUE. BY APRIL OR MAY OR POD WAS LIED TO SAYING WE HAD TO MAKE OUR BED BY 8AM, SUPERVISORS WOULD EVEN MAKE US STAND IN COMMAND CALL AS PUNISHMENT FOR NOT MAKING THEM. EVEN TODAY 11/13/15 CO CHAVEZ WOKE US UP AT 8AM AND YELLED MAKE YOUR BED. HE INDIVIDUALLY GOES AROUND WAKING INMATES UP AND TELLING THEM TO MAKE THEIR BED. I PLACED SEVERAL REQUESTS TO SECURITY WHO LIE AND TELL ME IT IS IN POLICY. IT IS NOT. LOCKDOWNS OCCUR WITHOUT ANY EXPLINATION, I HEARD ONCE IT WAS BECAUSE OF A UTENSIL MISSING FROM THE KITCHEN, AND ONCE FOR WATER BEING WORKED ON, BUT OUR WATER WORKED FINE AND NO ONE CAME INTO OUR POD. ON 11/1/15 AND 11/2/15 WE WERE LOCKED DOWN FOR 48 STRAIT HOURS. ALMOST EVERYTIME WE WERE LOCKED DOWN IT WAS NOT OUR FAULT NOR DO WE GET A OFFICAIL REASON. CO CHAVEZ HAS A POWER AUTHORITY PROBLEM, ON 10/5/15 HE WANTED TO QUOTE THROW DOWN UNQUOTE WITH A MAN IN CELL 3. IN MID OCTOBER CO OWENS FOUND OUT SOMEONE GRIEVANCED HIM ABOUT YOUTUBING ON SHIFT, SO OWENS ANNOUNCED HE WAS WILLFULLY AND PURPOSFULLY DENYING OUR TV TO BE USED AS RETALIATION UNTIL QUOTE THE GUY IS FOUND OUT UNQUOTE. SO FOR OVER A WEEK WE COULD NOT WATCH TV, WE KNOW THE TV IS NOT A RIGHT, BUT WHEN IT IS USED FOR RETALIATION THAT IS NOT RIGHT NOR PROFESSIONAL. CO FLOREZ ON 9/18/15 LET HIS INMATE /FRIEND/ WATCH A NEWS VIDEO OF ME REGARDING MY CHARGES. RACIAL DISCRIMINATION IS OUTRIGHT HERE. THEY FIRED A BLACK MAN STEPHON MILLER IN APRIL OR MAY AND HAVE ONLY HIRED SPANISH SPEAKING PERSONS, WHO PREFER TO BE CALLED PISAS /MEXICANS/. IT TAKES TOO LONG TO GET A REPLACEMENT MICROWAVE, WHEN APROX 70 MEN USE IT IT IS NOT GOING TO

|  |  |  | LAST LONG. VISITS, TWICE NOW THE MINUTE WARNING WAS NOT PRESENT, AND ONCE I WAS NOT ALLOWED ANY VISIT BECAUSE MY WIFE TRIED TO COME IN SHORTS WAS SENT AWAY AND THEN MY FRIEND CAME WHO WAS TOLD I ALREADY HAD A VISIT. LASTLY POLICY STATES IT IS MY RESPONSIBILITY TO QUOTE NOT WASTE FOOD UNQUOTE, BUT OTHER SECTIONS OF POLICY STATE WE CANNOT SAVE FOOD, SEVERAL TIMES CORRECTIONAL STAFF THROUGH MY FOOD AWAY, AS A NATIVE AMERICAN NOT WASTING FOOD IS A SPIRITUAL BELIEF FOR ME. WE HAVE ONLY 2 SHOWERS, AND THE TOILETS ARE ALL VIEWABLY OPEN WITH NO DIVIDERS. I REALIZE MOST MEN HERE ARE HERE FOR LIGITAMIT REASONS BUT I AM HERE ON A PROBATION VIOLATION WHICH ON 11/3/15 WAS FOUND TO ILLIGITAMATE. WE ARE SUPPOSED TO HAVE A RIGHT TO PROPER BEDDING BUT WE GET NO PILLOW AND MOST MORNINGS MY NECK IS STIFF. WE DONT GET ANY FLOSS, NEITHER FROM FACILITY NOR COMISSARY WHICH IS RECOMMENDED AT LEATS ONCE A DAY. |
|---|---|---|---|
| 11/13/2015  01:50 pm |  | INMATE RESPONSE: | I WANT IT ON THE RECORD THAT WE INMATES ARE TOLD BY SARGENTS, LTS, AND C.O.S TO FOLLOW THE POLICY THAT IS ON THE KIOSK. THE POLICY THAT IS ON THE KIOSK IS 2014, BUT CORECTIONS PERSONEL ARE FOLLOWING 2015 |
| 11/17/2015  02:08 pm | PQUINTANA Quintana Phil | USER ASSIGNED CHANGED | FROM <UNASSIGNED> TO [NAMARTINEZ] , |
| 11/17/2015  02:08 pm | PQUINTANA Quintana Phil | USER ASSIGNED CHANGED | FROM NAMARTINEZ TO [NGOODWIN] , |
| 11/25/2015  12:41 pm |  | INMATE RESPONSE: | I WAS TOLD I WOULD GO IN FRONT OF A DISCIPLINARY BOARD BEFORE I WOULD BE PUNISHED. |
| 11/25/2015  04:13 pm | NGOODWIN | CLOSED: | Ok, since you apparently know the department policies very well you should know that it: 1.Is against the Grievance policy to file third party grievances. 2. You are only allowed 1 single issue per grievance filed. 3. A personal dispute between an inmate and an employee is not grounds for a grievance. I will however look into some of the allegations you have made and address the issues that I find to be legitimate. 3. |

| Request Number: | 493024 | Status: CLOSED | Location: S/I UNIT POD 1 16 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 11/16/2015  09:49 am |  | ORIGINAL REQUEST: | YOU VIOLATED MY 5TH AMENDMENT RIGHT BY RECORDING ALL OF MY PERSONAL CALLS TO MY FRIENDS AND FAMILY AND GIVING THEM TO THE NM DISTRICT ATTORNEY AGAINST ME. |
| 11/16/2015  10:45 am | RALLEN | RESPONSE: | Take it up with the Court! |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 11/20/2015  10:37 am | | INMATE RESPONSE: | OK, PLEASE CLOSE THIS REQUEST. |
| 11/23/2015  09:57 am | RALLEN | CLOSED: | <NO COMMENT GIVEN> |

---

| Request Number: | 493704 | Status: CLOSED | Location: D UNIT POD 2 3 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 11/18/2015  09:06 am | | ORIGINAL REQUEST: | PLEASE, 1. SCHEDULE A TIME FOR ME TO TALK TO MY ATTORNEY, THE APPEALS PUBLIC DEFENDER OFFICE NUMBERS DO NO ACCEPT SECURUS CALLS, AND 2. PLEASE PRINT ME A COPY OF ALL MY REQUEST TO PROVE INEFFECTIVE ASSISTANCE OF COUNSEL ALSO FOR VARIOUS TORT CLAIMS AGAINST BCMDC. THANK YOU. |
| 11/19/2015  12:40 pm | MBRUCE | CLOSED: | Mr Maho you have had Legal calls in my office Per your Attorney and if he wants to set up another call he can do so, and you need to talk to the Law Library to help you with paper work for your case you also can write your attorney a letter to see if he can contact you about your appeal, I will request the kisoks requests you have ask for so when i receive them i will take them to you. |

---

| Request Number: | 493804 | Status: CLOSED | Location: D UNIT POD 2 3 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 11/18/2015  11:05 am | | ORIGINAL REQUEST: | ATTN CAPTAIN, MAY I REQUEST A HARD COPY OF THE 2014 POLICY, BECAUSE THE 2014 POLICY IS THE ONLY ONE AVAILABLE ON THE KIOSK, AND THEREFORE THE VERSION STAFF TELLS US TO READ AND FOLLOW. THANK YOU. |
| 11/19/2015  06:02 pm | DDOMINGUEZ Dominguez Dominic | CLOSED: | The policy is on the kiosk. |

---

| Request Number: | 494293 | Status: CLOSED | Location: D UNIT POD 2 3 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|

11/19/2015  11:15 am ORIGINAL REQUEST: I CANNOT BUY ANYTHING FROM COMISSARY UNTIL DECEMBER 5, 2015. ON FRIDAY NOVEMBER 13, 1015 CO CHAVEZ AND I WENT OVER EXACTLY WHAT THE 2014 POLICY STATES ABOUT UNIFORMS. WE READ IT TOGETHER IT STATES UNIFORMS ARE TO BE WORN DAILY. THE DEFINITION OF DAILY IS ONCE A DAY, AND AS I TOLD CO CHAVEZ SATURDAY MORNING I DID WEAR IT THAT DAY, BUT HE PROCEEDED TO WRITE ME UP AND I WAS SENT TO SEGREGATION 1, MY COFFEE, BLUE RUBBER SHOES, ALL MY BOOKS AND MAGAZINES WERE THROWN AWAY OR LOST DURING THIS PROCESS. I HAD I PEN WHICH WE ARE ALLOWED TO HAVE IN SEGREGATION BUT THAT WAS NOT GIVEN TO ME EITHER. I WAS ONLY ALLOWED HALF HOUR SUNDAY NIGHT, AND A HALF HOUR MONDAY MORNING OUT OF MY SMALL CONFINED CELL. ALL FOR FOLLOWING THE POLICY LITERALLY. CO CHAVEZ IS A MAN WHO LOVES HIS POWER AND AUTHORITY, ON 10/5/15 HE WANTED TO THROW DOWN WITH A MAN IN CELL 3, AND EVER SINCE HE STARTED WORKING IN DELTA 2, HE HAS TAKING PLEASURE IN WAKING US UP INDIVIDUALLY AT 8AM TO MAKE OUR BED, WHICH IS NOT IN THE POLICY. CO ALLEN FROM SEGRETION UNIT TOOK ME INTO A ROOM WITH 2 OTHER OFFICERS AND THREATEN TO ROUGH ME UP IF I DID NOT COOPERATE. HE HAD A CAMERA ATTACHED TO HIS GLASSES WHILE THEY MADE ME TAKE MY CLOTHES OFF AND BEND OVER AND COUGH, I WAS AFRAID FOR MY LIFE SO I COUGHED OUT FECLE MATTER. I DO NOT KNOW IF HIS CAMERA WAS OFFICAL BCMDC PROPERTY OR IF IT IS JUST FOR HIS PERVERTED USE OF THE FILM LATER, BUT MY FEELINGS AND BODY WERE VIOLATED, JUST FOR TAKING THE POLICY LITERALLY. MY FAMILY AND FRIEND CAME TO VISIT ME ON SUNDAY MORNING ONLY TO FIND OUT I WAS MOVED. THIS TYPE OF AUTHORITATIVE ABUSE SHOULD NOT BE ALLOWED TO HAPPEN TO ANYONE. I WAS NEVER SUPPOSED TO HAVE BEEN HERE AT BCMDC BECAUSE THE NM COURT OF APPEALS STATED PROBATION NEVER HAD JURISDICTION OVER ME TO BE ABLE TO VIOLATE ME TO BCMDC.

11/23/2015  02:22 pm PQUINTANA Quintana Phil | USER ASSIGNED CHANGED | FROM <UNASSIGNED> TO [MALVARADO] Alvarado, Michael

11/25/2015  08:39 am MALVARADO Alvarado Michael | CLOSED: | Inmate Maho as far as your commissary goes, you had a chance to see the disciplinary Officer to plead your side concerning your write up. However I will forward this grievance to the D-unit Captain so he can address this with his Officer in D-Unit. As far as uniforms "Daily" does not mean only once a day. Daily in the dictionary means "EVERYDAY" you are required to wear you uniform anytime you leave your cell or bed when housed in a dorm style pod there is no exceptions. As far as your strip search with Sgt. Allen, every inmate that enters Seg will be strip search. The camera Sgt. Allen was wearing is authorized by the department and was not on during the strip search. This will be looked into and addressed if any policies were violated. As far as you being in custody you will have to get with your probation Officer we have nothing to do with you being violated.

| 11/27/2015 11:46 am | | INMATE APPEAL: | I AGREE WITH YOU. DAILY MEANS EVERYDAY, BUT IT DOES NOT MEAN ALL DAY OR WHENEVER OUT OF THE CELL. PERHAPS THAT IS WHAT WAS MEANT WHEN THE POLICY WAS CREATED, BUT THAT IS NOT WHAT IT SAYS. THE ABQ JOURNAL IS PRINTED EVERYDAY, THAT DOES NOT MEAN DIFFERENT NEWSPAPERS ARE PRINTED ALL DAY LONG. I SUBMITTED A TORT ABOUT THIS AND I WANTED IT STATED ON THE RECORD NO ONE AT MDC IS WILLING TO PROVIDE ME WITH A HARD COPY OF THE 2014 POLICY. |
| 11/30/2015 08:36 am | | INMATE RESPONSE: | INMATES ARE NOT ALLOWED BUT MOST PEOPLE FLOSS EVERYDAY, DOES THAT REALLY MEAN THEY ARE FLOSSING ALL DAY? |
| 12/02/2015 03:18 pm | PQUINTANA Quintana Phil | USER ASSIGNED CHANGED | FROM PQUINTANA TO Assign |
| 12/04/2015 08:26 am | DVIGIL Vigil Donald | CLOSED: | This is in response to your issues stated in your grievance. You are stating that you are requesting copies of policies, I am recommending that you request through IPRA what ever policies that are available to offenders. |

| Request Number: | 494444 | Status: CLOSED | Location: D UNIT POD 2 3 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 11/19/2015 04:26 pm | | ORIGINAL REQUEST: | HELLO, MY APPEAL WENT IN MY FAVOR ON 11/3/15 AND THE ATTORNEY GENERAL HAS 20 DAYS TO REBUTTLE. WHAT I AM WONDERING IS ON MONDAY, CAN I GET OUT OF MDC? I REQUESTED EARLIER THIS WEEK IF I COULD CALL MY ATTORNEY WHO IS A PUBLIC DEFENDER IN SANTA FE /APPELLANT PD/ AND HER NUMBER 5053952890 IS NOT COVERED BY SECURAS AS A FREE CALL. |
| 11/20/2015 10:48 am | | INMATE RESPONSE: | ALSO, ALL STAFF AND SUPERVISORS SAY I CAN OBTAIN A HARD COPY OF THE 2014 POLICY ONLY BE ASKING THE CAPTAIN, BUT I DID AND HE SAID IT IS ON THE KIOSK, HOW BEST CAN I OBTAIN A COPY? |
| 11/24/2015 08:46 am | MBRUCE | CLOSED: | I believe the Captain answered you about the Policy it is on the kisoks. |

| Request Number: | 494669 | Status: CLOSED | Location: D UNIT POD 2 3 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 11/20/2015 10:51 am | | ORIGINAL REQUEST: | MY SUMMARY CALANDER RULING GOES INTO EFFECT MONDAY 11/23/15 IN MY FAVOR OF SENTENCE REVERSAL, WILL I BE GETTING OUT THIS MONDAY? ALSO I HAVE ASKED EVERYONE FOR A COPY OF THE 2014 POLICY BUT NO ONE IS WILLING TO GIVE ME ONE, THEY JUST SAY IT IS ON THE KIOSK, HOW CAN I RECIEVE A HARD COPY? |
| 11/20/2015 11:15 pm | MHAZEL Hazel Melinda | CLOSED: | THESE ARE QUESTIONS THAT AN ATTORNEY WILL HAVE TO ANSWER.  RECORDS DOES NOT HAVE ACCESS TO THE POLICY YOU ARE REQUESTING. ONLY AN ATTORNEY COULD PROVIDE YOU THAT. I HAVE NO IDEA IF YOULL BE RELEASED ON MONDAY BECAUSE CURRENTLY NOTHING IS FILED IN DISTRICT COURT TO REFLECT THAT. |

| Request Number: | 495040 | Status: CLOSED | Location: D UNIT POD 2 3 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 11/23/2015  08:49 am | | ORIGINAL REQUEST: | HI, YOU TOLD ME TO CONTACT YOU TODAY IF I DIDNT HEAR ANYTHING. MY SUMMARY JUDGEMENT WAS PROPOSED IN MY FAVOR AKA SENTENCE REVERSAL ON NOVEMBER 3, IT STATES THE ATTORNEY GENERAL HAS 20 DAYS TO DO A MEMORANDUM. DO I ASSUME THATS 20 BUSINESS DAYS? I ASKED THE CASE MANAGER TO HELP ME DO A CALL TO HER, SHE TOLD ME TO MAIL HER BUT THAT WILL TAKE TOO LONG. PLEASE HELP ME MY PDS NAME IS KIM CHAVEZ/COOK AND HER NUMBER IS 5053952890 BUT THE APPEALS NUMBERS ARE 5053952888 AND 5053952889. I WOULD JUST LIKE TO KNOW SOMETHING, ANYTHING, THANK YOU. |
| 11/24/2015  12:24 pm | PBETTENCOURT  Bettencourt  Paula | CLOSED: | I will come see you. |

| Request Number: | 496815 | Status: CLOSED | Location: D UNIT POD 2 3 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 11/30/2015  08:40 am | | ORIGINAL REQUEST: | I REALLY NEED TO SPEAK WITH MY ATTORNEY, IF SHE DID NOT CONTACT YOU TO SET UP A TIME, PLEASE CONTACT HER AT 5053952890 TO SET UP A TIME FOR US TO SPEAK. I CANNOT CALL FREE FROM SECURUS, THE POLICY STATES I AM ALLOWED TO SPEAK WITH MY ATTORNEY FREE. 2. MAY I PLEASE RECIEVE A DOCUMENT THAT STATES WHEN I HAVE ARIVED AT BCMDC AND HOW LONG I AM GOING TO BE HERE, EVEN IF WRITING BY YOU. THANK YOU. |
| 12/02/2015  11:55 am | MBRUCE | CLOSED: | I have explained to you in the past if your attorney schedules a phone conference then you will recieve a call other than that the call is denied. |

| Request Number: | 496996 | Status: CLOSED | Location: D UNIT POD 2 3 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 11/30/2015  11:38 am | | ORIGINAL REQUEST: | GOOD MORNING, I PAID FOR A CALL TO SPEAK WITH MY ATTORNEY KIMBERLY CHAVEZ COOK, WHICH WAS RECORDED AND MONITORED. POLICY STATES I AM ALLOWED TO CALL MY ATTORNEY FREE AND CONFIDENTIALLY. ANYWAY, 1. CAN YOU FIND OUT IF THE STATE SUBMITTED A MEMORANDUM BY THE 23RD IN RESPONSE TO MY APPEAL? 2. ARE THEIR ANY TIME LIMITS OR USUAL AMOUNT OF TIME THE COUNTY AND STATE HAVE TO REPLY TO TORTS? 3. DO YOU HAVE ANY EXAMPLES OF TORTS AS REFERENCE? 4. IS IT KNOWN HOW OFTEN TORTS ARE SUBMITTED AND WON AGAINST BCMDC? AND LAST 5. I THINK I NEED TO DO 2 PARTS TO A HABEUS CORPUS, ONE TO WHO IS WATCHING ME LIKE THE JAIL OR PROBATION, AND THE OTHER TO THE ORIGINAL JUDGE WHO FIRST SENTENCED ME, WHICH WOUD BE JUDGE CHAVEZ RIGHT? THANK YOU. |

| 11/30/2015 12:11 pm | | INMATE RESPONSE: | SORRY I ALMOST FORGOT MY MAIN REQUEST WAS TO ASK WHEN YOU HAVE TIME TO PLEASE MAKE A FEW COPIES OF SOME TORTS I HAVE. THANK YOU. |
| 12/02/2015 04:12 pm | PBETTENCOURT Bettencourt Paula | CLOSED: | I will schedule a time to come see you regarding your request and see how the law library staff can assist you. |

---

| Request Number: | 497562 | Status: CLOSED | Location: D UNIT POD 2 4 |
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 12/01/2015 04:06 pm | | ORIGINAL REQUEST: | I JUST WANT TO REAFIRM THAT MY RELEASE DATE IS COMING UP IN A FEW WEEKS? |
| 12/01/2015 11:33 pm | MHAZEL Hazel Melinda | CLOSED: | <NO COMMENT GIVEN> |

---

| Request Number: | 497779 | Status: CLOSED | Location: D UNIT POD 2 4 |
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 12/02/2015 09:28 am | | ORIGINAL REQUEST: | WHEN IS MY RELEASE DATE??? |
| 12/03/2015 11:40 pm | MHAZEL Hazel Melinda | CLOSED: | 12/23/2015 BETWEEN 2 AM AND 5 AM |

---

| Request Number: | 498059 | Status: CLOSED | Location: D UNIT POD 2 4 |
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 12/04/2015 08:55 am | | ORIGINAL REQUEST: | FROM 11/1/15 TO 12/3/15 WE BEEN LOCKED DOWN 9 OF THOSE DAYS, IT IS CRUEL AND UNUSUAL TO HAVE TO STAY IN OUR CELLS FOR SO LONG. MOST TIMES WE ARE NOT TOLD WHY WE ARE ON LOCKDOWN. YESTERDAY LT MOSLEY TOLD US IT WAS BECAUSE A NEW COMPUTER SYSTEM, ONE TIME I WAS TOLD BY C.O. L SANCHEZ IT WAS KNOWN BUT WAS NOT GOING TO TELL US. CASE MANAGER MICHELLE TOLD ME SHE WILL NOT SET UP CALLS BETWEEN MY ATTORNEY AND MYSELF. MY ATTORNEY KIMBERLEY CHAVEZ COOK AT THE PUBLIC DEFENDERS OFFICE IN SANTA FE DOES NOT HAVE SECURUS ACCOUNT, ON 11/24/15 AND 11/30/15 I HAD TO PAY TO CALL HER AND IT WAS RECORDED AND MONITORED. POLICY STATES I AM TO CALL MY ATTORNEY FREE AND IT IS TO BE CONFIDENTIAL, NEITHER IS TRUE. |
| 12/04/2015 09:46 am | PQUINTANA Quintana Phil | CLOSED: | When security has issues with network or other issues that affect operations of the facility MDC is required to go on Lockdown. All inmates still had access to the grievance process via paper grievances and also contact from the case managers. Free calls in pods Non- Grievable issue – Use of the free phone in the Pod or Unit Core because an outside phone or cell is blocked from collect calls Policy: 13.09 Section B.2.a |

| Request Number: | 498564 | Status: CLOSED | Location: D UNIT POD 2 4 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 12/07/2015  11:05 am | | ORIGINAL REQUEST: | I WOULD LIKE TO REQUEST A PIN CHANGE. THANK YOU. |
| 12/07/2015  11:13 am | RALLEN | RESPONSE: | Note: Pin change happens once a month. You will Only have ABSOLUTELY one pin change per month if requested. For Example, if you request pin change 10/20/2014 and got it, the next time you request pin change, it must be 11/21/2014. Pin change will happen 30 days after your last requested pin change period! Please do Not share your pin with anyone!

SECURUS WILL NOT BE RESPONSIBLE FOR PIN THEFT (NO CREDIT FROM SECURUS), securing your pin is your responsibility. You should also change your password to the kiosk so others do not request pin change under your account.

PIN change is system generated and cannot be what you ask for.

Finally, Secrus does not give credit for calls cut-off to cellular or cordless phones, signals are not guaranteed and Securus does not gurantee connection or quality of calls to Cellular/Cordless phones.

NEW PIN:1002314471592 |
| 12/09/2015  06:49 pm | | INMATE RESPONSE: | PLEASE CLOSE THIS REQUEST. THANK YOU |
| 12/09/2015  07:23 pm | RALLEN | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 498598 | Status: CLOSED | Location: D UNIT POD 2 4 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 12/07/2015  01:17 pm | PBETTENCOURT Bettencourt Paula | [MANUAL ENTRY] ORGINIAL REQ | As requested, I am sending you a list of tort attorneys. |
| 12/07/2015  01:34 pm | PBETTENCOURT Bettencourt Paula | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 498652 | Status: CLOSED | Location: D UNIT POD 2 4 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 12/07/2015  07:50 pm | | ORIGINAL REQUEST: | HI, MAY I REQUEST COPIES OF MY PAPERWORK, 2. TIME TO GO TYPE OUT MY TORTS, 3. TIME TO TYPE OUT MY HABEUS CORPUS, 4. A LIST OF ATTORNEYS WHO REPRESENT TORT CLAIMS, AND 5. COPIES OF MY APPEAL SUMMERY. THANK YOU. |

| | | | |
|---|---|---|---|
| 12/08/2015  11:06 am | PBETTENCOURT<br>Bettencourt<br>Paula | CLOSED: | I will schedule a time to come see you regarding your request and see how the law library staff can assist you. |

| | | | |
|---|---|---|---|
| Request Number: | 499260 | Status: CLOSED | Location: D UNIT POD 2 4 |
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 12/09/2015  04:28 pm | | ORIGINAL REQUEST: | BECAUSE I HAVE BEEN DENIED BY EVERY C.O., LT., SGT, MY CASE WORKER, AND EVEN THE CAPTAIN A HARD COPY OF THE 2014 POLICY, THE ONLY VERSION INMATES ARE TOLD TO FOLLOW SINCE IT IS THE ONE ON THE INMATE KIOSK, I WANT IT ON RECORD WHAT IT SAYS. UNDER INMATE RIGHTS IT STATES PROPER HEALTH CARE. UNDER UNIFORMS AND PERSONAL HYGIENE IT STATES THE UNIFORM WILL BE WORN DAILY AS REQUIRED BY BSMDC. UNDER FOOD SERVICE IT STATES MEALS ARE DELIVERED BY CORRECTIONAL STAFF. |
| 12/11/2015  02:19 pm | PQUINTANA<br>Quintana<br>Phil | USER ASSIGNED CHANGED | FROM <UNASSIGNED> TO Assign |
| 01/06/2016  09:05 am | | INMATE RESPONSE: | HELLO? |
| 01/06/2016  09:05 am | | INMATE RESPONSE: | HELLO? |
| 01/11/2016  09:41 am | NGOODWIN | CLOSED: | I have already answered you in regard to your uniform and when you are supposed to wear it Mr. Maho. Which 2014 policy are you requesting Mr. Maho? |
| 01/27/2016  11:50 am | | INMATE APPEAL: | I AM REQUESTING THE ONLY ONE ON THE INMATE KIOSK, THE 2014 INMATE HANDBOOK. |
| 01/27/2016  03:35 pm | PQUINTANA<br>Quintana<br>Phil | USER ASSIGNED CHANGED | FROM PQUINTANA TO Assign |
| 01/27/2016  07:23 pm | DVIGIL<br>Vigil<br>Donald | CLOSED: | This is in response to your issues stated in your grievance. You state that you are requesting a hard copy of the 2014 inmate handbook. can you advise what pod you are in so that i can ensure that one is placed in the pod? |
| 02/23/2016  11:03 am | | INMATE APPEAL: | OK, I AM IN DELTA 2, PLEASE PLACE A COPY OF THE 2014 INMATE HANDBOOK IN THE MAIL DELIVERY OF WITH THE WORKING C.O. THANK YOU. |
| 02/23/2016  01:17 pm | PQUINTANA<br>Quintana<br>Phil | USER ASSIGNED CHANGED | FROM PQUINTANA TO Assign |
| 02/25/2016  08:48 am | DVIGIL<br>Vigil<br>Donald | CLOSED: | Good Morning,<br><br>I have fowarded your request to Captain Goodwin to see about getting a hard copy of the 2014 inmate handbook into your pod. |
| 03/16/2016  09:55 am | | INMATE APPEAL: | I STILL NEVER RECIEVED A COPY OF THE 2014 INMATE HANDBOOK. |
| 03/16/2016  03:06 pm | PQUINTANA<br>Quintana<br>Phil | USER ASSIGNED CHANGED | FROM PQUINTANA TO Assign |

| 03/16/2016  03:07 pm | PQUINTANA Quintana Phil | USER ASSIGNED CHANGED | FROM VCHAVEZ TO Assign |
| 03/17/2016  05:06 pm | DVIGIL Vigil Donald | CLOSED: | I have followed up with the captain to see about putting a copy of the inmate handbook in the pod. |

| Request Number: | 499282 | Status: CLOSED | Location: D UNIT POD 2 4 |
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
| --- | --- | --- | --- |
| 12/09/2015  05:04 pm | | ORIGINAL REQUEST: | UNDER THE 2014 POLICY WHICH INMATES ARE TOLD TO FOLLOW BECAUSE IT IS THE ONLY VERSION AVAILABLE ON THE KIOSK UNDER RIGHTS IT STATES PROPER HEALTH CARE. THERE IS NOTHING PROPER ABOUT THE HEALTH CARE I AM RECIEVING. ON 11/3/15 I WOKE UP WITH A RED AND HURTING LEFT EYE SO I PLACED A SICK CALL, WAS SEEN BY NURSE TONY ON 11/4/15. ON 11/6/15 TONY PRESCRIBED ME ARTIFICIAL TEARS, THE PROBLEM PERSISTED SO I SUBMITTED ANOTHER SICK CALL ON 11/13/15 BUT WAS IGNORED UNTIL I CONFRONTED TONY ON 11/18/15 WHO FINALLY LET ME SEE A DOCTOR AND I WAS PRESCRIBED ANTIBIOTICS, BUT NO INSTRUCTIONS SO I USED TOO MUCH. ON 11/24/15 I HAD A FOLLOWUP APPOINTMENT WITHIN MEDICAL, I WAS GIVEN AN EXTRA BOTTLE OF ANTIBIOTICS BECAUSE NO INSTRUCTIONS WERE GIVEN TO HOW MUCH TO USE. THE PROBLEM PERSISTED SO ON 12/1/15 I SUBMITTED ANOTHER SICK CALL AND TONY SEEN ME ON 12/3/15, WHEN HE TOLD ME I WOULD GO SEE THE DOCTOR AGAIN. IT IS NOW 12/9/15 AND I HAVE NOT SEEN A DOCTOR, SO I AM GRIEVANCING AND WILL WRITE YET ANOTHER SICK CALL REQUEST TONIGHT. MASKING MY SYMPTOMS, IGNORING MY REQUESTS, AND LIEING ABOUT ME SEEING A DOCTOR IS NOT PROPER HEALTH CARE. TWO WRONG DIOGNISIS AND TREATMENTS SO FAR IS BAD HEALTH CARE, MY EYE IS STILL RED AND HURTING , I JUST HOPE I DONT LOOSE IT OR SOMETHING SERIOUS HAPPENS TO IT. |
| 12/11/2015  02:14 pm | PQUINTANA Quintana Phil | USER ASSIGNED CHANGED | FROM <UNASSIGNED> TO Assign |
| 12/17/2015  04:03 pm | | INMATE RESPONSE: | I WROTE SICK CALLS BOTH 12/10/15 AND TODAY 12/17/15, ON 12/11/15 TONY TOLD ME I SHOULD BE SEEING A DOCTOR SOON, BUT STILL NEVER HAVE. ARE YOU PEOPLE IGNORING ME? |
| 12/21/2015  02:21 pm | EKOSSMANN KOSSMANN EDUARD | CLOSED: | Hi Mr. Maho, I am sorry your experience has left you frustrated and the issue with your eye unresolved. While I cannot comment on some of your claims, I am happy to make our Director of Nursing aware of your concerns with our sick call nurse. Additionally we are following up to ensure you are seen by a medical provider as soon as we can get you in. No one is intentionally ignoring you, but sometimes resolution to issues takes longer than one would wish. Your patience is appreciated, Thank you. |
| 02/19/2016  12:10 pm | | INMATE APPEAL: | HI, THIS EXPERIENCE HAS CAUSED PAIN AND SUFFERING, I SUBMITTED A TORT CLAIM AGAINST BCMDC MEDICAL, BUT I HOPE WE CAN SETTLE OUT OF COURT FOR PROPER FINANCIAL COMPENSATION. |

| 02/19/2016 02:33 pm | PQUINTANA Quintana Phil | USER ASSIGNED CHANGED | FROM PQUINTANA TO Assign |
|---|---|---|---|
| 02/23/2016 02:51 pm | VCHAVEZ Chavez Virginia | RESPONSE: | Good Afternoon Mr. Maho, Im researching this grievance and will get back to you when completed. Thank you for your patience. Virginia Chavez |
| 02/29/2016 01:48 pm | VCHAVEZ Chavez Virginia | CLOSED: | Good Afternoon Mr. Maho, Our records show that you were seen on 12/22 - medical clinician (eye issue); 1/4/16 - Mental Health Provider; 1/5/16 - Psychiatrist; 1/14/16 - History & Physical; 2/24/16 - Mental Health Provider. I will be closing out this grievance. Virginia Chavez |
| 03/16/2016 09:57 am | | INMATE APPEAL: | YES, YOUR RIGHT I DID SEE ALL THOSE PEOPLE, BUT MY EYE STILL IS NOT 100 PERCENT. HAD I RECIEVED TIMELY PROPER HEALTH CARE MY EYE PROBABLY WOULD NOT STILL BE AFFECTED. PERHAPS IT WILL NEVER BE THE SAME BECAUSE OF BCMDC MEDICAL. |
| 03/16/2016 03:06 pm | PQUINTANA Quintana Phil | USER ASSIGNED CHANGED | FROM PQUINTANA TO Assign |
| 03/17/2016 10:14 am | VCHAVEZ Chavez Virginia | RESPONSE: | Good Morning Mr. Maho, Im researching your grievance and will get back to you when completed. Thank you for your patience. Virginia Chavez |
| 03/17/2016 02:14 pm | VCHAVEZ Chavez Virginia | CLOSED: | Good Afternoon Mr. Maho, We do not have any records indicating concerns brought forward with regards to your eye. We do not have any documentation indicating you have submitted a request for services. I will be closing out this grievance. Virginia Chavez |

| Request Number: | 499342 | Status: CLOSED | Location: D UNIT POD 2 4 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 12/09/2015 06:47 pm | | ORIGINAL REQUEST: | SINCE LAST MONTH I HAVE BEEN LOCKED DOWN 11/1, 11/2, 11/9, 11/14, 11/15, 11/16, 11/17, 12/2, 12/2, 12/8, AND 12/9/15 ARE JUST THE DAYS I REMEMBER. THESE DAYS SUBJECT ME TO HARSHER CIRCOMSTANCES THEN USUAL. THOSE RESPONSIBLE FOR RUNNIMG BCMD ARE NOT FACILITATING AND OR MAINTAINING PROPERLY ENOUGH TO KEEP THE JAIL FUNCTIONING NORNALLY. THESE INSTANCES ARE CREATING A HARDER IMPACT ON ME THAN DOES NOT BEING LOCKEDDOWN. |
| 12/11/2015 02:20 pm | PQUINTANA Quintana Phil | USER ASSIGNED CHANGED | FROM <UNASSIGNED> TO Assign |
| 01/11/2016 06:28 pm | | INMATE RESPONSE: | HELLO? |
| 01/11/2016 06:29 pm | | INMATE RESPONSE: | HELLO? |
| 01/18/2016 06:23 pm | | INMATE RESPONSE: | HELLO? |

| 02/09/2016 02:13 pm | NGOODWIN | CLOSED: | Ok , I have researched your allegations and this is what I found Mr. Maho. I could not find any evidence of you being locked down on 11/1/15 and 11/2/15 or 11/9/15. On 11/14/15 you were written up and sent to Seg where you spent 11/15/15 and 11/16/15 and 11/17/15 in disciplinary housing. You were moved back to GP housing and on 12/2/15 your pod was placed on lockdown due to a missing razor from 10:42 am to 11:02 am which was 20 minutes. Again there was no evidence of you or your assigned pod being placed on lockdown on 12/8/15 and 12/9/15. Your allegations of you being locked down for extended periods of time for no fault of your own or without reasonable cause have been unfounded at this time. |
|---|---|---|---|
| 02/23/2016 11:11 am | | INMATE APPEAL: | ON 11/14/15 I WAS WRITTEN UP AND SENT TO SEG FOR NOT WEARING MY ORANGE WHILE IN THE DAY ROOM. IT IS CONFIRMED WITH REQUEST 494293 REPLY ON 11/25/15 THAT THE POLICY INMATES ARE TOLD TO FOLLOW STATES UNIFORMS ARE TO BE WORN DAILY. DAILY MEANS EVERYDAY, BUT LIKE FLOSSING EVERYDAY DOES NOT MEAN ALL DAY OR WHEN OUT OF CELL. I SUBMITTED A TORT DUE TO BCMDC ABUSE OF DISCRETION, I HOPE WE CAN SETTLE OUT OF COURT FOR MY PAIN, SUFFERING, AND PUNITIVE DAMAGES. |
| 02/23/2016 01:17 pm | PQUINTANA Quintana Phil | USER ASSIGNED CHANGED | FROM PQUINTANA TO Assign |
| 02/24/2016 03:10 pm | DVIGIL Vigil Donald | CLOSED: | This is in response to your issues stated in your issues. Can you clarify what your issues are. |
| 03/16/2016 10:03 am | | INMATE APPEAL: | MY ISSUE IS AN 8TH AMENDMENT VIOLATION OF MY RIGHTS. I READ THE 2014 INMATE HANDBOOK, WHICH I AM TOLD IS BCMDC POLICY, WITH OFFICER D. CHAVEZ THE DAY BEFORE HE WROTE ME UP. WE WENT OVER HOW ORANGE UNIFORMS ARE TO BE WORN DAILY. WE DISCUSSED WHAT DAILY MEANS, EVEN ON GRIEVANCE BCMDC STATES IT MEANS EVERYDAY. BUT EVERYDAY IF ONE FLOSSES DOES NOT MEAN ALL DAY. C.O. CHAVEZ AND SRGT. CAVIS DID NOT CARE WHAT IT ACTUALLY MEANT INSTEAD THEY ACTED LIKE JUDGE DREDD AND PUNISHED ME WITH SEG 1 HOLDING ON TOP OF 3 WEEKS WITHOUT COMMISSARY OR VISITS. THEY SHOULD NOT BE ALLOWED TO REDEFY WHAT WORDS MEAN, NO MATTER HOW POWER HUNGRY THEY ARE. |
| 03/16/2016 03:07 pm | PQUINTANA Quintana Phil | USER ASSIGNED CHANGED | FROM PQUINTANA TO Assign |
| 03/17/2016 05:07 pm | DVIGIL Vigil Donald | CLOSED: | This is a duplicate. |

| Request Number: | 500802 | Status: CLOSED | Location: D UNIT POD 2 4 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|

| 12/15/2015  08:13 am | | ORIGINAL REQUEST: | HI, MAY I PLEASE REQUEST 1. NOTORY FOR MY HABEAS CORPUS, 2. COPIES OF MY HABEAS CORPUS, 3. COPIES OF MY TORTS, 4. MANILA ENVOLOPES TO MAIL MY HABEAS COPIES, AND 5. WHAT TO DO IF I KNOW AND CAN PROVE MY P.O. LIED UNDER OATH IN COURT ON RECORD? THANK YOU. |
| 12/15/2015  10:03 am | PBETTENCOURT Bettencourt Paula | CLOSED: | A time will be scheduled for the Law Librarian to assist you with notarizing any paperwork you may have that would be appropriate to notarize. It is your responsibility to have the paperwork fully prepared and ready for your signature when the Law Librarian meets with you. You must have the correct notary acknowledgement block on your paperwork or the paperwork cannot be notarized. The Law Librarian does reserve the right to refuse to notarize any paperwork that would not be appropriate to notarize.I will schedule a time to come see you regarding your request and see how the law library staff can assist you. |

| Request Number: | 501602 | Status: CLOSED | Location: D UNIT POD 2 4 |
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
| --- | --- | --- | --- |
| 12/17/2015  09:04 am | | ORIGINAL REQUEST: | MAY I PLEASE GET SOMETHING SAYING HOW LONG I HAVE BEEN HERE, AND ALSO MAY I REQUEST MY KIOSK REQUESTS FOR 12/9/15, THANK YOU. |
| 12/17/2015  10:49 am | MBRUCE | CLOSED: | I submitted your request not sure when i will receive it but  if you get out first you will need to follow up once released., I believe you request the kisoks less than a month ago and received that already. |

| Request Number: | 501861 | Status: CLOSED | Location: D UNIT POD 2 4 |
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
| --- | --- | --- | --- |
| 12/17/2015  04:04 pm | | ORIGINAL REQUEST: | I RECIEVED KIOSK REQUESTS UP TO 11/23/15, I AM REQUESTING ONE DAYS REQUESTS 12/9/15. |
| 12/18/2015  10:58 am | MBRUCE | CLOSED: | I already answered you on this. You will need to wait until I get the paperwork. |

| Request Number: | 502894 | Status: CLOSED | Location: D UNIT POD 2 4 |
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
| --- | --- | --- | --- |
| 12/22/2015  10:37 am | | ORIGINAL REQUEST: | MS BETTENCOURT, THANK YOU SO MUCH FOR ALL YOUR HELP, MY RELEASE DATE IS TOMORROW, SO THIS IS JUST TO SAY IF I DONT SEE YOU BEFORE I GO THANK YOU. BUT JUST BECAUSE MY RELEASE DATE IS TOMORROW... I JUST HOPE IT IS. TAKE CARE, MERRY CHRISTMAS, HAPPY NEW YEAR AND MANY MORE. |
| 12/28/2015  11:44 am | PBETTENCOURT Bettencourt Paula | CLOSED: | Inmate released from MDC; request closed |

| Request Number: | 506033 | Status: CLOSED | Location: F UNIT POD 1 14 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 01/04/2016 07:04 pm | | ORIGINAL REQUEST: | PLEASE CAN I BE TRANSFERED TO DELTA/2 AGAIN SOON. THANK YOU. |
| 01/05/2016 07:05 am | ATOSCANI | CLOSED: | Yes more than likely you will go back to D2. You need to wait till you get classified<br><br>Toscani |

| Request Number: | 506178 | Status: CLOSED | Location: F UNIT POD 1 14 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 01/05/2016 11:03 am | | ORIGINAL REQUEST: | MAY I PLEASE BE TRANSFERED TO DELTA/2. THANK YOU. |
| 01/06/2016 12:05 am | MHAZEL<br>Hazel<br>Melinda | CLOSED: | YOU NEED TO SUBMIT YOUR REQUEST TO CASE MANAGEMENT |

| Request Number: | 506182 | Status: CLOSED | Location: F UNIT POD 1 14 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 01/05/2016 11:05 am | | ORIGINAL REQUEST: | THE 2014 POLICY WHICH IS THE ONLY VERSION INMATES HAVE ACCESS TO DOES NOT STATE ANYWHERE UPON ARRIVAL WE WILL BE RADIATED BY A DETECTING MACHINE, NOR DOES IT STATE I WOULD BE VIOLATED BY FORCING TO BE NAKED IN A SHOWER STALL, BEND OVER AND COUGH. |
| 01/06/2016 05:11 pm | | INMATE RESPONSE: | PLUS I AM IN SEG 8 AND CELL 25 AND THE CAMERA CAN SEE ME ON THE TOILET. I AM NOT SURE IF THAT IS ON PURPOSE OR NOT BUT IT IS VERY DISTURBING AND A VIOLATION OF MY PRIVACY, JUST LIKE THE INITIAL STRIP SEARCH. |
| 01/08/2016 10:01 am | PQUINTANA<br>Quintana<br>Phil | USER ASSIGNED CHANGED | FROM <UNASSIGNED> To Assign |
| 01/08/2016 10:28 am | RGONZALES | RESPONSE: | Inmate Maho due to your grievance concerns centralizing around the intake potion of the facility I will forward this to the RDT Captain for review.  Further I checked the camera in S8 and it does not show what you claim, the camera pans and due to the distance and angle of view does not show this.  Capt. Gonzales |
| 01/08/2016 10:28 am | RGONZALES | USER ASSIGNED CHANGED | FROM RGONZALES TO Assign |
| 01/11/2016 12:51 pm | RHARTMAN<br>Hartman<br>Roy | CLOSED: | Mr. Maho,<br>All inmates and staff are screened upon entry to the facility, the amount of radiation received thru the scanning process has been deemed safe by federal aurthorities.<br>All inmates entering the facility and being housed within the secure facility are required to shower as per policy to maintain a hygienic enviroment and while showering you are provide with a shower curtain for privacy. |

| Request Number: | 506184 | Status: CLOSED | Location: F UNIT POD 1 14 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 01/05/2016 11:09 am | | ORIGINAL REQUEST: | MY NEW PIN IS NOT WORKING. MY PIN IS SUPPOSED TO BE 1002314471592 |
| 01/05/2016 11:18 am | RALLEN | RESPONSE: | Take this pin: 1002314472674 |
| 01/06/2016 09:04 am | | INMATE RESPONSE: | THANKS, PLEASE CLOSE THIS REQUEST |
| 01/06/2016 10:46 am | RALLEN | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 506486 | Status: CLOSED | Location: S/I UNIT POD 8 25 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 01/06/2016 09:56 am | | ORIGINAL REQUEST: | MY PO WAS GOING TO ASK MY JUDGE FOR A SANCTION. MAY I PEASE FIND OUT WHAT THE JUDGE SAID AND OR MY DOCKETING DATE FOR MY PROBATION VIOLATIN HEARING. THANK YOU. |
| 01/06/2016 11:48 pm | MHAZEL Hazel Melinda | CLOSED: | IF YOU WANT TO KNOW WHAT THE JUDGE TOLD YOUR PO THEN YOU NEED TO ASK YOUR PO.  WE ARE NOT PART OF THAT PROCESS |

| Request Number: | 506696 | Status: CLOSED | Location: S/I UNIT POD 8 25 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 01/06/2016 05:21 pm | | ORIGINAL REQUEST: | I WAS CLASSIFED YESTERDAY MORNING, BUT I AM STILL IN SEG8. MAY I PLEASE BE TRANSFERED TO DELTA/2. THANK YOU. |
| 01/07/2016 10:49 am | MKITTS | CLOSED: | I will notify classification. |

| Request Number: | 506817 | Status: CLOSED | Location: S/I UNIT POD 8 25 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 01/07/2016 09:04 am | | ORIGINAL REQUEST: | AN INMATE WHO CAME IN AROUND THE SAME TIME AS ME SAID HE ALREADY SEEN THE MDC PPO. I HAVE NOT, DO I CURRENTLY HAVE A SANCTION OR AM I DOCKETED FOR A PV HEARING? |
| 01/07/2016 10:32 pm | MHAZEL Hazel Melinda | CLOSED: | NO YOU ARE NOT AT THIS TIME. |

| Request Number: | 507132 | Status: CLOSED | Location: S/I UNIT POD 8 25 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 01/08/2016 07:44 am | | ORIGINAL REQUEST: | HI, I AM BACK AGAIN BECAUSE I SEEN MY SON AT A PARK, ANYWAY, MAY I RECIEVE 1. BROWN V. MONOYA, 2011/NM THATS ALL I REMEMER, 2. TORT INFORMATION, 3. TORT LAWYER INFORMATION, 4. HABEAS CORPUS PACKET, AND 5. SOME PAPER TO WRITE SOME LEGAL INFORMATION, PLEASE. THANK YOU. |
| 01/08/2016 07:57 am | | INMATE RESPONSE: | ALSO, SINCE MY FIRST PV LOOKS LIKE IT IS GOING TO BE REVERSED, DO YOU KNOW HOW THAT WILL AFFECT MY 2ND ONE? IT SHOULD MAKE IT MY 1ST ONE RIGHT? |
| 01/13/2016 10:20 am | PBETTENCOURT Bettencourt Paula | CLOSED: | As requested, I am sending you State v Montoya, 2011 NMCA 074, a Habeas Corpus packet, some paper, and a list of tort attorneys. As far as your other question, your attorney will need to help you with that one. |

| Request Number: | 507366 | Status: CLOSED | Location: S/I UNIT POD 8 25 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 01/08/2016 03:15 pm | | ORIGINAL REQUEST: | I AM IN SEG 8, I WAS ASKED BE THE C.O. TWO NIGHTS AGO IF I WANTED TO TRANSFER TO DELTA/2. I AM STILL HERE, ALSO THE MDC PPO HAS NOT SEEN ME YET. A GENTLEMAN WHO CAME IN THE SAME DAY AS ME WAS SEEN BY PPO YESTERDAY THEN WAS TRANSFERED YESTERDAY. AM I ON A SANCTION OR AM I DOCKETED TO GO TO A PV HEARING? THANK YOU. |
| 01/11/2016 12:19 pm | MKITTS | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 507948 | Status: CLOSED | Location: D UNIT POD 2 4 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 01/11/2016 06:32 pm | | ORIGINAL REQUEST: | HELLO, AM I HERE ON A SACTION, OR AM I DOCKETTED FOR A PROBATION VIOLATION HEARING? ALSO, MAY I REQUEST REQUEST NUMBER 499342 SO I MAY HAVE BACKUP FOR MY TORT, THANK YOU. |
| 01/12/2016 08:37 am | MBRUCE | CLOSED: | You are here on a PV and you have to work on your tort when you are released., |

| Request Number: | 507949 | Status: CLOSED | Location: D UNIT POD 2 4 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 01/11/2016 06:33 pm | | ORIGINAL REQUEST: | AM I HERE ON A SACTION OR AM I DOCKETTED FOR A PROBATION VIOLATION HEARING? |
| 01/12/2016 01:49 am | MHAZEL Hazel Melinda | CLOSED: | YOU ARE WAITING A HEARING. |

| Request Number: | 508031 | Status: CLOSED | Location: D UNIT POD 2 4 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 01/12/2016  08:47 am | | ORIGINAL REQUEST: | MAY I REQUEST A PAPER COPY OF REQUEST 499342 PLEASE? |
| 01/12/2016  10:25 am | MBRUCE | CLOSED: | There is not one with that number. |

| Request Number: | 508119 | Status: CLOSED | Location: D UNIT POD 2 4 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 01/12/2016  10:55 am | | ORIGINAL REQUEST: | REQUEST 499342 WAS MADE ON 12/9/15 AT ABOUT 6/47PM THE HARD COPY I AM REQUESTING, ALSO WHEN IS MY PV DOCKETED FOR? PLEASE, THANK YOU. |
| 01/12/2016  01:27 pm | MBRUCE | CLOSED: | The is not one with that number and there are no new PV court dates showing yet. |

| Request Number: | 508672 | Status: CLOSED | Location: D UNIT POD 2 4 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 01/14/2016  10:24 am | | ORIGINAL REQUEST: | DOES THE ICED TEA OR THE COOL AID TYPE DRINK CONTAIN VITAMIN C? |
| 01/14/2016  03:03 pm | BBLACKMORE Blackmore Bill | RESPONSE: | No |
| 01/14/2016  03:04 pm | BBLACKMORE Blackmore Bill | CLOSED: | No, neither one has vitamin c |

| Request Number: | 508819 | Status: CLOSED | Location: D UNIT POD 2 4 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 01/14/2016  01:49 pm | | ORIGINAL REQUEST: | HI, MAY I REQUEST 506182 FROM 1/5/16 PLEASE, ALSO DO I HAVE A PV COURT DATE YET? |
| 01/15/2016  08:46 am | MBRUCE | CLOSED: | NO PV hearning it can take from 2-4 weeks, |

| Request Number: | 508991 | Status: CLOSED | Location: D UNIT POD 2 4 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|

| Stamp | User | Action | Detail |
|---|---|---|---|
| 01/15/2016 08:41 am | | ORIGINAL REQUEST: | HI, THANKS FOR THE STATE V. MONTOYA, BUT I REALLY WANTED 1. BROWN V. MONTOYA, 662 F.3D 1152 /2011/, 2. RULE 5 805 PVS, 3. TORT PACKET, INCLUDING THE CIVIL PROCEEDURES, 4. 31/20/5.2 S.O. PROBATION CONITIONS/TERMS, AND 5. COPIES OF MY GENERAL LETTER TO TORT LAWYERS, PLEASE. THANK YOU. |
| 01/21/2016 03:19 pm | PBETTENCOURT<br>Bettencourt<br>Paula | CLOSED: | As requested, I am sending you BROWN V. MONTOYA, 662 F.3D 1152 , Rule 5-805, Section 31-20-5, a tort notice packet and will bring you your copies as soon as I can. |

---

| Request Number: | 509053 | Status: CLOSED | Location: D UNIT POD 2 4 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 01/15/2016 10:09 am | | ORIGINAL REQUEST: | MAY I REQUEST A HARD COPY OF REQUEST 506128 FROM 1/5/16, PLEASE |
| 01/15/2016 03:08 pm | MBRUCE | CLOSED: | I do not see that number 506128 |

---

| Request Number: | 509054 | Status: CLOSED | Location: D UNIT POD 2 4 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 01/15/2016 10:10 am | | ORIGINAL REQUEST: | WHEN WILL BE MY PROBATION VIOLATION HEARING? |
| 01/15/2016 10:40 pm | MHAZEL<br>Hazel<br>Melinda | CLOSED: | YOU DO NOT HAVE A COURT HEARING SCHEDULED AT THIS TIME. |

---

| Request Number: | 509169 | Status: CLOSED | Location: D UNIT POD 2 4 |
|---|---|---|---|
| Inmate Number: | 100231447 | Inmate Name: | MAHO, DYLAN J |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 01/15/2016 01:19 pm | | ORIGINAL REQUEST: | THE 2014 POLICY, WHICH IS THE ONLY ONE INMATES HAVE ACCESS TO DOES NOT ADDRESS THE INTAKE PROCESS I WENT THROUGH. I WAS SCANNED THROUGH A METAL DETECTOR, WHICH ON REQUEST 506182 I WAS TOLD THE RADIATION RECIEVED WAS DEEMED SAFE BY FEDERAL AUTHORITIES. THAT IS LIKE SAYING BEING STABBED BY A KNIFE IS OK IF THE AMOUNT IS FEDERALLY DEEMED TO BE SAFE. ALSO, I WAS WATCHED BY 2 OFFICERS AS THEY MADE ME STRIP BEND DOWN WHILE NAKED AND COUGH. VIA MY REQUEST 506182 ON 1/5/16 I WAS TOLD ALL INMATES AND STAFF ARE SCREENED UPON ENTRY TO THE FACILITY. REALLY, ARE STAFF STRIP SEARCHED AND WHILE NAKED MADE TO BEND DOWN AND COUGH? I AM SURE BOTH REQUIREMENTS ARE NESSISSARY TO PREVENT WEAPONS AND DRUGS FROM ENTERING THE FACILITY, BUT MY POINT IS THAT IT IS NOT IN THE POLICY AND THEREFORE A VIOLATION OF MY RIGHTS. |

| | | | |
|---|---|---|---|
| 01/19/2016  09:06 am | | INMATE RESPONSE: | ANY AMOUNT OF RADIATION IS CANCER PROVOKING. |
| 01/19/2016  01:05 pm | PQUINTANA<br>Quintana<br>Phil | USER ASSIGNED CHANGED | FROM <UNASSIGNED> TO Assign |
| 01/19/2016  04:26 pm | RHARTMAN<br>Hartman<br>Roy | RESPONSE: | It is in policy, I am unsure which policy you are referring to. I will look at updating the policy within the kiosk system. |
| 01/21/2016  08:52 am | RHARTMAN<br>Hartman<br>Roy | CLOSED: | No responce |
| 01/27/2016  11:50 am | | INMATE APPEAL: | NO, IT IS NOT IN THE POLICY WE ARE TOLD TO ABIDE BY, WHICH IS THE 2014 INMATE HANDBOOK LOCATED ON THE POD KIOSK. |
| 01/27/2016  03:35 pm | PQUINTANA<br>Quintana<br>Phil | USER ASSIGNED CHANGED | FROM PQUINTANA TO Assign |
| 01/27/2016  07:15 pm | DVIGIL<br>Vigil<br>Donald | CLOSED: | This is in response to your issues stated in your grievance. You state that your rights were violated due to having to go through a scanner and metal detector. I can assure you the staff also have to clear and get screened through the scanner.  The scanner is safe. |
| 02/23/2016  11:24 am | | INMATE APPEAL: | MY RIGHTS WERE ALSO VIOLATED BY THE STRIP SEARCH NOT AUTHORIZED IN THE 2014 INMATE HANDBOOK, THEREFORE A VIOLATION OF MY 8TH AMENDMENT RIGHT OF PROCEDURAL DUE PROCESS. YOU CLAIM ALL STAFF ARE SCREENED UPON ENTRY TO BCMDC, ARE THEY ALSO STRIP SEARCHED AND FORCED TO SHOW THEIR ANUS TO TWO OFFICERS WHILE COUGHING? I SUBMITTE A TORT CONCERNING THESE ISSUES, I HOPE WE CAN SETTLE OUT OF COURT FOR THE PAIN, SUFFERING, AND PUNITIVE DAMAGES BCMDC INFLICTED ON ME. |
| 02/23/2016  01:17 pm | PQUINTANA<br>Quintana<br>Phil | USER ASSIGNED CHANGED | FROM PQUINTANA TO Assign |
| 02/24/2016  03:12 pm | DVIGIL<br>Vigil<br>Donald | CLOSED: | Your question has been addressed |
| 03/14/2016  06:03 pm | | INMATE APPEAL: | NO, YOU ANSWERED ONE OF MY ISSUES, THE METAL DETECTOR. WHEN YOU KEEP AVOIDING MY SECOND ISSUE OF THE ILLEGAL STRIP SEARCH. YOU TELL ME ALL STAFF GOES THRU A ENTERING PROCESS BUT I AM SURE OFFICERS DO NOT GET PERSONALLY VIOLATED AS INMATES DO COMING INTO BCMDC. |
| 03/15/2016  12:23 pm | PQUINTANA<br>Quintana<br>Phil | USER ASSIGNED CHANGED | FROM PQUINTANA TO Assign |
| 03/17/2016  05:08 pm | DVIGIL<br>Vigil<br>Donald | CLOSED: | Mr. Maho,  This is a correctional facility and there may be circumstances where an individual may be subjected to a strip search. |

Dylan Maro 00294147
MDC Unit D Pod 2 Cell 4
100 Deputy Dean Mira Dr Sw
Albuquerque NM 87151

RECEIVED
At Albuquerque NM

JUL 0 7 2016

MATTHEW J. DYKMAN
CLERK

RECEIVED
JUL 05

Federal District Court Clerk
U.S. District Court for New Mexico
333 Lomas Blvd NW
Albuqueque, NM 87102