IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DYLAN J. MAHO,**

    **Plaintiff,**

      v.                                        No. 16-CV-00796-KG-LAM

**BERNALILLO COUNTY METROPOLITAN
DETENTION CENTER,**

    **Defendant.**

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. The record reflects that a recent mailing to Plaintiff Dylan J. Maho was returned as undelivered (*see Doc. 5*), with a notation that Plaintiff is "NOT IN CUSTODY." It appears that Plaintiff has been released from custody or transferred without advising the Court of his new address, as required by D.N.M.LR-Civ. 83.6, thus severing contact with the Court. Because Plaintiff has failed to comply with the Court's local rules, he will be required to show cause why his complaint should not be dismissed. *See Bradenburg v. Beaman*, 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding pro se, to follow the federal rules of procedure. . . . The same is true of simple, nonburdensome local rules . . . ." (citation omitted)). **Failure to comply with this Order may result in the dismissal of this action without further notice**.

**IT IS THEREFORE ORDERED** that, **within twenty-one (21) days from entry of this Order,** Plaintiff shall notify the Clerk of the Court in writing of his current address or otherwise show cause why his complaint should not be dismissed.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTINEZ
UNITED STATES MAGISTRATE JUDGE**