IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DYLAN J. MAHO,**

    Plaintiff,

    v.    No. 16-CV-00796-KG-LAM

**BERNALILLO COUNTY METROPOLITAN
DETENTION CENTER,**

    Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. On July 29, 2016, the Court ordered Plaintiff Dylan J. Maho to notify the Clerk of the Court in writing of his current address or to otherwise show cause why his complaint should not be dismissed. [*Doc. 6*]. On August 17, 2016, Plaintiff timely complied with the Court's order by filing a Change of Address Notice, which informed the Court of Plaintiff's current address. [*Doc. 10*]. Therefore, the Court's *Order To Show Cause (Doc. 6)* will be quashed.

**IT IS THEREFORE ORDERED** that the Court's July 29, 2016 *Order To Show Cause (Doc. 6)* is hereby **QUASHED**.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTINEZ
UNITED STATES MAGISTRATE JUDGE**